UNITED STATES DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

DOCKETED
NOV 2 0 2002

CECIL MURRAY,

    Plaintiff

V.

CITY OF CHICAGO, A
Municipal Corporation,
TERRY HILLIARD, TRACY MOSELEY,
TODD BRIDGES, PETAR BRKOVIC,
ROBERT WOZNICKI, THOMAS CARROLL,
LAWRENCE AIKIN JR., RANDOLPH STEVENS,
WILLIAM MINOGUE, RICHARD DALY,
DOMINIC CRESCENTE JR.

JUDGE JOHN W. DARRAH

**02C 8387**

No. _____

MAGISTRATE JUDGE KEYS

**COMPLAINT FOR DAMAGES AGAINST CITY, SUPERVISORY PERSONNEL AND POLICE OFFICERS FOR POLICE BRUTALITY PURSUANT TO ARREST.**

    1. This is a civil action seeking damages against Defendants for committing acts, under color of law, which depprived Plaintiff of rights secured under the Constitution and laws of the United States; for conspiring for the purpose of impeding and hindering the course of justice, with intent to deny Plaintiff equal protection of laws; and for refusing or neglecting to prevent such deprivations and denials to Plaintiff. The Court has jurisdiction of this action under 42 U.S.C. Sec. 1983 and 28 U.S.C. Sec. 1343.

    2. The Court also has jurisdiction under 28 U.S.C. Sec. 1331.

COUNT I

1. On or about November 19, 2000, at approximately 3:30 a.m., Plaintiff was attempting to place a subject, unknown at the time, under arrest for the offence of Battery. This occurred at Polyester's located at 213 W. Institute Place, City of Chicago.

2. The offender fled from the club and was apprehended by the Plaintiff. The offender was brought over to a Chicago Police marked squad car. Officer Todd Bridges was the only officer inside of the car. The Plaintiff verbally and visually identified himself as a Chicago Police Detective and asked for assistance.

3. Defendant Bridges initially assisted the Plaintiff and the offender was detained at the rear of the car, outside.

4. Friends of the offender, consisting of David J. Burrows, Joseph Scalise, Steve A. Stephens and Anthony Perna fought with the Plaintiff and were able to free the offender from the Plaintiff. Officer Bridges did not assist the Plaintiff.

5. Defendants BURROWS, SCALISE, STEPHENS and PERNA continued to pull, struggle and prod the Plaintiff. It was at this time that the Plaintiff was shoved from behind.

6. In a defensive maneuver, the Plaintiff swung around and pushed the antagonist. This person turned to be (Defendant) Officer Tracy Moseley.

7. Defendants MOSELEY and BRIDGES were soon joined by Defendants BRKOVIC, WOZNICKI, CARROLL, AKIN JR., STEVENS, MINOGUE, DALY and CRESCENTE JR.

8. All of the Defendants (Police Officers) forced the Plaintiff against a sidewalk fence located at 214 W. Institute Place, City of Chicago.

9. The Plaintiff visually identified himself as a Chicago Police Detective to Defendant MOSELEY and asked that a supervisor come to the scene. The Plaintiff was then verbally assaulted by various Defendants.

10. Defendants MOSELEY, BRIDGES, BRKOVIC, WOZNICKI, CARROLL, AIKIN, STEVENS, MINOGUE, DALY and CRESCENTE then yanked the Plaintiff from the fence and without provocation, need, or explanation, assaulted and brutally beat the Plaintiff by dragging him on the sidewalk, wrestling him and kicking him in the head. The Plaintiff being in close custody and unable to resist the Defendants.

11. As a result of the assault by the Defendants, the Plaintiff suffered a laceration to his right side of head which in turn left a visible scar and excessive bleeding; abrasion to his right knee, neck pain and tenderness, and soreness to body and legs and swelling. As a result of the blows to the head, the Plaintiff suffered severe headaches which lasted until September of 2001. The Plaintiff was treated for these headaches on June 30, 2001 at St. Elizabeth's Hospital located at 1431 N. Claremont, City of Chicago. The Plaintiff was unable to work initially for approximately two weeks as a result of the injuries.

12. As a result of the Defendants concerted unlawful and malicious physical abuse of the Plaintiff, the Plaintiff was deprived of his right to equal protection of the laws and impeded the course of justice, in violation of the Fifth and Fourteenth Amendments of the Constitution of the United States and 42 U.S.C. Sec. 1983.

13. After the beating, the Plaintiff was taken to the 18th District Police Station. He was later charged with Battery of Defendant MOSELEY and Resisting Arrest.

WHEREFORE, Plaintiff MURRAY demands judgement against Defendants MOSELEY, BRIDGES, BRKOVIC, WOZNICKI, CARROLL, AIKIN, STEVENS, MINOGUE, DALY and CRESCENTE, jointly and severally, for compensatory damages and further demands judgement against each of said Defendants, jointly and severally for punitive damages plus the costs of this action and such other relief as the court deems just and equitable.

Dated Nov.18,2002

Cecil Murray

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I.(a) PLAINTIFFS**
MURRAY, CECIL A.

JUDGE JOHN W DARRAH

02C 8387

**DEFENDANTS**
CHICAGO POLICE DEPARTMENT
HILLIARD, TERRY, Superintendent

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

MAGISTRATE JUDGE KEYS

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
2516 W. LYNDALE
CHICAGO, IL 60647   312/623-7803

ATTORNEYS (IF KNOWN)
MARA GEORGES
Rm. 600
City Hall, City of Chicago

DOCKETED
NOV 20 2002

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

[Nature of suit checklist — ☒ 440 Other Civil Rights selected]

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

POLICE BRUTALITY PURSUANT TO ARREST

42 USC SEC. 1983 / 28 USC 1343

**VII. REQUESTED IN COMPLAINT**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
JURY DEMAND: ☐ YES ☒ NO

**VIII.** This case ☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE   NOV. 19, 2002
SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

JUDGE JOHN W DARRAH

In the Matter of  CECIL MURRAY

Plaintiff

MAGISTRATE JUDGE KEYS

Case Number: 02C 8387

v.

CITY OF CHICAGO

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

PLAINTIFF

DOCKETED
NOV 20 2002

| (A) | (B) |
|---|---|
| SIGNATURE: [signed] | SIGNATURE: |
| NAME: CECIL MURRAY | NAME: |
| FIRM: PRO SE | FIRM: |
| STREET ADDRESS: 2516 W. LYNDALE | STREET ADDRESS: |
| CITY/STATE/ZIP: CHICAGO, IL. 60647 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: 773/384-1552  FAX NUMBER: | TELEPHONE NUMBER:  FAX NUMBER: |
| E-MAIL ADDRESS: | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): |
| MEMBER OF TRIAL BAR?  YES ☐  NO ☒ | MEMBER OF TRIAL BAR?  YES ☐  NO ☐ |
| TRIAL ATTORNEY?  YES ☐  NO ☒ | TRIAL ATTORNEY?  YES ☐  NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL?  YES ☐  NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE: | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NUMBER:  FAX NUMBER: | TELEPHONE NUMBER:  FAX NUMBER: |
| E-MAIL ADDRESS: | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): |
| MEMBER OF TRIAL BAR?  YES ☐  NO ☐ | MEMBER OF TRIAL BAR?  YES ☐  NO ☐ |
| TRIAL ATTORNEY?  YES ☐  NO ☐ | TRIAL ATTORNEY?  YES ☐  NO ☐ |
| DESIGNATED AS LOCAL COUNSEL?  YES ☐  NO ☐ | DESIGNATED AS LOCAL COUNSEL?  YES ☐  NO ☐ |